STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant GANDARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00150 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE TO FEBRUARY 10, 2017 |
| vs. | |
| DAVID GANDARA, | Hearing Date: November 18, 2016<br>Time:           9:30 a.m. |
| Defendant. | |

The above-captioned matter is set on November 18, 2016 before this Honorable Court for sentencing. For the reasons set forth below, the parties jointly request that the Court continue this matter to February 10, 2017, at 9:30 a.m.

On March 5, 2015, the government filed an indictment charging David Gandara in three counts with (1) felon in possession of a firearm and ammunition; (2) possession with intent to distribute 50 grams or more of methamphetamine; and (3) possession of a firearm in furtherance of a drug trafficking crime. On July 22, 2016, Mr. Gandara entered into an open plea on all counts.

The defense needs additional time with the presentence investigation process and requests a continuance. For example, the defense needs additional time to obtain a psychological evaluation and to obtain mitigation records to provide to the probation office for the report. For these reasons, the defense requests additional time for the presentence investigation process.

For these reasons, the parties agree that it is appropriate to continue this case until February 10, 2017. Defense counsel contacted Charlie Mabie who is the probation officer assigned to this case. Mr. Mabie supports this continuance and is available on the requested date. Finally, because Mr. Gandara has pleaded guilty, the parties are in agreement that the Speedy Trial Act does not apply.

DATED: October 27, 2016                                     / S /
                                                                    BRIGID S. MARTIN
                                                                    Assistant United States Attorney

DATED: October 27, 2016                                     / S /
                                                                    ANGELA MILELLA HANSEN
                                                                    Assistant Federal Public Defender

1

**ORDER**

2  Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

3  ORDERED that the sentencing hearing date of November 18, 2016 is vacated and reset to

4  February 10, 2016, at 9:30 a.m.

5

6  DATED: October 28, 2016

_____
THE HONORABLE JON S. TIGAR
United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26