STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant GANDARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID GANDARA, ) <br> ) <br> Defendant. ) <br> ) | NO. CR 15-00150 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE TO FEBRUARY 24, 2017 <br><br> Hearing Date: February 10, 2017 <br> Time: 9:30 a.m. |

The above-captioned matter is set on February 10, 2017 before this Honorable Court for a sentencing hearing. The parties jointly request that the Court continue this matter to February 24, 2017, at 9:30 a.m., so that the defense has additional time to consider and review the draft Presentence Investigation Report and to present mitigation evidence to the probation office for the final report.

Defense counsel recently received CPS records for Mr. Gandara and defense counsel awaits receiving a psychological report on Mr. Gandara that the defense would like for the probation office to consider. For these reasons, the defense requests an additional two weeks to prepare for

the sentencing hearing.  The parties and probation office are available on February 24, 2017 and stipulate and agree that it is appropriate to continue the sentencing hearing to this date.

DATED: January 25, 2017                                          /S/
                                                                       BRIGID S. MARTIN
                                                                       Assistant United States Attorney

DATED: January 25, 2017                                          /S/
                                                                       ANGELA MILELLA HANSEN
                                                                       Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is hereby ordered that the sentencing hearing date of February 10, 2017, scheduled at 9:30 a.m., is vacated and reset for a sentencing hearing on February 24, 2017, at 9:30 a.m.

DATED: January 27, 2017

THE HONORABLE JON S. TIGAR
United States District Judge